UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HANAN M. OHAYON,

        Plaintiff,

-against-

MICHELINE S. AMY,

        Defendant.

19-CV-11118 (LJL) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The parties have indicated that they consent to conduct all proceedings, including trial, before the undersigned Magistrate Judge. (Dkt. Nos. 8, 10.) If the parties wish to so consent, they may complete the form available at https://www.uscourts.gov/forms/civil-forms/notice-consent-and-reference-civil-action-magistrate-judge, and return that form, signed by all parties, to the Clerk of Court.[1]

Dated: New York, New York
      February 21, 2020

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**

---

[1] The form should **not** be filed on the docket or returned to any judge.