

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HANAN M. OHAYON,

        Plaintiff,

-against-

MICHELINE S. AMY,

        Defendant.

19-CV-11118 (LJL) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    By Order dated August 19, 2020 (Dkt. No. 18), the Court directed the parties to submit a joint status letter by October 12, 2020. No such letter has been filed. No later than **October 16, 2020**, the parties shall file their joint status letter.

Dated: New York, New York
       October 15, 2020

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**