```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/19/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HANAN M. OHAYON,

        Plaintiff,

  -against-

MICHELINE S. AMY,

        Defendant.

19-CV-11118 (LJL) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    For the reasons discussed during today's telephonic status conference, the parties' discovery schedule is hereby EXTENDED as follows:

1. Fact discovery shall be completed no later than **November 16, 2020**. Plaintiff need not attend a second physical examination.

2. All discovery shall be completed no later than **January 5, 2021**.

3. Summary judgment motions, if any, shall be filed no later than **February 5, 2021**. Motions shall conform to the individual practices of the Hon. Lewis J. Liman, United States District Judge, unless the parties have by then consented to the jurisdiction of the assigned Magistrate Judge.

Dated: New York, New York
       October 19, 2020

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**