UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
HANAN M. OHAYON

                        Plaintiff,

-against-

MICHELINE S. AMY

                        Defendant.
---------------------------------------------------------------X

Case No.: 19-cv-11118

**STIPULATION OF DISCONTINUANCE WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued with prejudice, without costs to either party or against the other. This Stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
December 28, 2020

_____
Matthew T. Gammons, ESQ.
ROSENBAUM & ROSENBAUM, P.C.
Attorney(s) for Plaintiff(s)
100 Wall Street, 15th Fl.
New York, New York 10005

_Francis J. Scahill_, ESQ.
SCAHILL LAW GROUP, P.C. By: Francis J. Scahill, Esq.
Attorney(s) for Defendant(s)
1065 Stewart Avenue, Suite 210
Bethpage, New York 11714

SO ORDERED. The Clerk of Court is respectfully directed to close the case.

2/22/2021

SO ORDERED.

_____
LEWIS J. LIMAN
United States District Judge